UNITED STATES of America, Plaintiff–Appellee,

v.

Kenneth HILLARD, a/k/a James Hillard, Defendant–Appellant.

No. 01–7558.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 7, 2002.

Kenneth Hillard, Pro Se. David John Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS and MICHAEL, Circuit Judges.

PER CURIAM.

Kenneth Hillard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hillard,* Nos. CR–95–13; CA–00–143 (E.D.Va. Aug. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*